| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 1129 3:00CR105-001/RV |
| --- | --- | --- |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Victoria Rodriguez Southern District of California | DISTRICT Florida Northern | DIVISION Pensacola |
| --- | --- | --- |
| | NAME OF SENTENCING JUDGE Honorable Roger Vinson, Senior U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 09/01/06 | TO 08/31/11 |

**OFFENSE**

Count 1: Conspiracy to Possess with Intent to Distribute 500 Grams or More of Methamphetamine and 100 Kilograms or More of Marijuana

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

12/15/06
Date

Honorable Roger Vinson
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/12/07
Effective Date

Honorable Irma E. Gonzalez
Chief United States District Judge

FILED